RECEIVED
SEP 12 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| OLIVIA KNEELAND | * | CIVIL ACTION NO. 2:12-CV-2654 |
| v. | * | DUTY JUDGE |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 39) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA") (Rec. Doc. 37) is **GRANTED**, and that the plaintiff be awarded fees under the EAJA in the amount of $4,762.50, consistent with the Magistrate Judge's recommendation.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 12th day of September, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE